IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>vs.<br><br>BRIAN KYLE ABERNATHY<br>　　　　　Defendant,<br><br>and<br><br>84 LUMBER COMPANY,<br>　　　　　Garnishee. | CASE NO. DNCW508CR000048<br>(Financial Litigation Unit) |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant Brian Kyle Abernathy is DISMISSED.

**SO ORDERED**.

Signed: August 2, 2015

_____
David S. Cayer
United States Magistrate Judge